ERIC GRANT
United States Attorney
TARA A. AMIN
Assistant United States Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Tara.amin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Petitioner,<br><br>v.<br><br>ARAN INVESTMENTS, INC.; BITCASAS, INC.; LOANCOINS INC,<br><br>Respondents. | CASE NO. 2:26-cv-02699-DAD-CKD<br><br>ORDER TO SHOW CAUSE |

Upon due consideration of the United States' Petition under 31 U.S.C § 3733(j) for an Order to Show Cause and for Summary Enforcement of the Civil Investigative Demands 2025-EDCA-0009, 2025-EDCA-0010, and 2025-EDCA-0011 (the "CIDs") issued to Respondents and the arguments set forth in the supporting papers submitted in connection with that petition, IT IS HEREBY ORDERED that:

1. Respondent shall show cause, in writing, on or before October 9, 2026, as to why this Court should not grant the United States' Petition and enter an order compelling Respondents to fully comply with the CIDs;

2. The United States shall serve a copy of this Order, the United States' Petition, and related filings on Respondents within 30 days of the date of this Order; and

3. IT IS FURTHER ORDERED that, in the event that Respondents fail to comply with any

of the requirements of this Order, the United States may seek sanctions and/or findings of civil contempt as to Respondents.

**IT IS SO ORDERED.**

Dated: September 25, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, aran.26cv2699