ERIC GRANT
United States Attorney
TARA A. AMIN
Assistant United States Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Tara.amin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

Petitioner,

v.

ARAN INVESTMENTS, INC.; BITCASAS, INC.; LOANCOINS INC,

Respondents.

CASE NO. 2:26-cv-2699-DAD-CKD

ORDER TO ENFORCE COMPLIANCE WITH THE CIVIL INVESTIGATIVE DEMANDS 2025-EDCA-0009, 2025-EDCA-0010, & 2025-EDCA-0011

Upon due consideration of the United States' Petition under 31 U.S.C § 3733(j) for an Order to Show Cause and for Summary Enforcement of the Civil Investigative Demands 2025-EDCA-0009, 2025-EDCA-0010, and 2025-EDCA-0011 (the "CIDs") issued to Respondents and the arguments set forth in the supporting papers submitted in connection with that petition, IT IS HEREBY ORDERED, pursuant to 31 U.S.C. § 3733(j), Respondents shall fully comply with the CIDs on or before the following dates:

1. Within 30 days of the issuance of this Order, Respondents shall complete production of all documents and communications required by the CIDs;

2. Within 30 days of the issuance of this Order, Respondents answer all interrogatories required by the CIDs;

3. IT IS FURTHER ORDERED that, in the event Respondents fail to comply with the

requirements of this Order, the United States may seek sanctions and/or findings of civil contempt as to Respondents.

**IT IS SO ORDERED.**

Dated: October 15, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, aran.26cv2699